| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wright, Wilhelmina M. | U.S. District Court, Minnesota | 05/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

316 North Robert Street
Suite 774
Saint Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Yale University Council Advisory Board |
| 2. | Board Member | Minnesota Landmarks |
| 3. | Trustee | Family Trust #1 (no reportable assets) |
| 4. | Board Member | University of Saint Thomas |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 05/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Ecolab, Inc. - salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University Council | 4/25-27/2018 | New Haven, CT | Council Meeting | Hotel and Ground Transportation |
| 2. | University of California of Berkeley, CA | 9/23-26/2018 | Berkeley, CA | Judge in Residence | Airfare, Hotel and Ground Transportation |
| 3. | Yale University Council | 11/14-16/2018 | New Haven , CT | Council Meeting | Hotel and Ground Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ecolab Common Stock | G | Dividend | P2 | T | Buy (add'l) | 09/18/18 | O | | |
| 2. Ecolab Stock Options - Vested | | None | P2 | T | | | | | |
| 3. Ecolab Stock Fund Units - Ecolab 401(k) | | Int./Div. | O | T | | | | | |
| 4. Dodge & Cox International - Ecolab 401 (k) | | Int./Div. | L | T | | | | | |
| 5. Fidelity US Bond Index - Ecolab 401(k) | | Int./Div. | M | T | | | | | |
| 6. Fidelity 500 Index - Ecolab 401(k) | | Int./Div. | O | T | | | | | |
| 7. Vanguard Extended Market Index - Ecolab 401(k) | | Int./Div. | M | T | | | | | |
| 8. Ecolab Deferred Comp Plan | E | Dividend | P1 | T | | | | | |
| 9. Vanguard Extended Market Index - Admiral | A | Dividend | L | T | | | | | |
| 10. Vanguard Intermediate Bond Fund - Admiral | A | Dividend | K | T | | | | | |
| 11. Vanguard Long Term Bond Fund - Admiral | B | Dividend | K | T | | | | | |
| 12. Vanguard Prime Money Market Fund - Admiral | B | Dividend | L | T | | | | | |
| 13. Vanguard REIT Index Fund | C | Dividend | L | T | | | | | |
| 14. Vanguard 500 Index Fund - Admiral | C | Dividend | M | T | | | | | |
| 15. Vanguard Total Stock Market Fund - Admiral | B | Dividend | L | T | | | | | |
| 16. Fidelity 500 Index - Rollover IRA | B | Dividend | M | T | | | | | |
| 17. Fidelity Contrafund - Rollover IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Short Term Bond Fund - Rollover IRA | A | Dividend | J | T | | | | | |
| 19. Fidelity Magellan - Rollover IRA | A | Dividend | J | T | | | | | |
| 20. Fidelity OTC Portfolio - Rollover IRA | A | Dividend | K | T | | | | | |
| 21. Minnesota Health Savings | | Int./Div. | M | V | | | | | |
| 22. Black Rock International Index - Ecolab HSA | A | Dividend | K | T | | | | | |
| 23. E*Trade Cash Account/Money Balance | A | Int./Div. | L | T | | | | | |
| 24. UBS Cash Accounts | A | Int./Div. | M | T | | | | | |
| 25. Wells Fargo Cash Accounts | A | Int./Div. | O | T | | | | | |
| 26. MetLife - Cash Value Life Insurance, as reported by MetLife | | None | N | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation for Part 1

Trustee Position is for a family estate planning trust with no assets

Explanation for Part VII

Investment Income not reported by fund for Ecolab 401(k) funds (Part VII, lines 3-7) or Minnesota Health Care Savings Fund (Part VII, line 21)

Minnesota Health Savings Plan value as reported by State of Minnesota - indicated as "V" (Part VII, line 21)

Cash Value of MetLife Cash Value insurance as reported by MetLife - indicated as :V" (Part VII, line 26)

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Wilhelmina M. | 05/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wilhelmina M. Wright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544